IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PAUL TURNER, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 2:08-CV-0148-WCO |
| VALENTINE & KEBARTAS, INC., | : |
| a Massachusetts corporation, | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 26th day of August, 2008.

THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

by:  S/James M. Feagle
     James M. Feagle
     Attorney for plaintiff
     Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970

- 2 -

fax 404/601-1855

- 2 -